```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

**EARNEST PRIOVOLOS,**           :
                                 :
    **Plaintiff**    :   CIVIL NO. 1:16-CV-01999
                                 :
  vs.                    :
                                 :
**DEPARTMENT OF**                :   (Judge Rambo)
**CORRECTIONS, et al.,**         :
                                 :
    **Defendants**   :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Priovolos' motion to proceed <u>in forma pauperis</u> (Doc. 2) is construed to be a motion proceed without full prepayment of the filing fee and is **GRANTED**.

2. Priovolos' complaint is **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) with leave to file an amended complaint within twenty (20) days of the date hereof.

3. If Priovolos fails to file an amended complaint within twenty (20) days of the date hereof,

the Clerk shall **CLOSE** this case without further order of court.

                                                   s/Sylvia Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge

Date: December 19, 2016