IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARNEST PRIOVOLOS, | |
| Plaintiff | CIVIL NO. 1:16-CV-01999 |
| vs. | |
| DEPARTMENT OF CORRECTIONS, et al., | (Judge Rambo) |
| Defendants | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1.  Priovolos' amended complaint is **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).[1]

    2.  The Clerk of Court shall close this case.

    3.  Any appeal from this order will be deemed

---

1. Although Priovolous is not presently a prison inmate, the standards in existence prior to the enactment of the Prison Litigation Reform Act apply and under those standards dismissal without prejudice is authorized because Priovolos' action is frivolous and he is seeking to proceed with this action in forma pauperis.

frivolous, without probable cause and not taken in good faith.

                               s/Sylvia Rambo
                               SYLVIA H. RAMBO
                               United States District Judge

Date: January 12, 2017